# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | ) | JERRY LOCKETT |
|  | ) |  |
| Plaintiff(s) | ) |  |
|  | ) |  |
| v. | ) | Civil Action No.  2:08-cv-00134-JFC |
|  | ) | FAMILY COUNSELING AND CHILDREN SERVICES INC. |
|  | ) |  |
| Defendant(s) | ) |  |

## REPORT OF NEUTRAL

A  Mediation                              session was held in the above captioned matter on  March 25, 2009

A follow up session (please check one):

☐   is scheduled.

☒   is not scheduled.

The case (please check one):

☒   has settled.

☐   has settled in part.

☐   has not settled.

If the case has settled in part, please indicate the part that has settled.

_____

_____

Stipulations that the parties agreed may be disclosed are:

_____

_____

What discovery did the parties engage in prior to the ADR session (amount and type of discovery)?

Parties had engaged in paper discovery and a limited deposition of the plaintiff and an interview

with a key defense witness.

_____

_____

Date:  3/09              Signature of Neutral:  /s/ Thomas P. McGinnis